IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SHIN-SHUOH LIN,** | CIVIL ACTION NO. 2:14-cv-00003-JRG |
| Plaintiff, | |
| v. | |
| **RECREATIONAL EQUIPMENT, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**ORDER ON UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RECREATIONAL EQUIPMENT, INC.
<u>UNDER FED. R. CIV. P. 41(a)(1)(A)(i)</u>**

The Agreed Motion of Plaintiff Shin-Shouh Lin ("Plaintiff") and Defendant Recreational Equipment, Inc. ("Defendant") for the Dismissal of Defendant under Fed. R. Civ. P. 41(a)(1)(A)(i) shall be, and hereby is, GRANTED.

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), all of Plaintiff's claims against Defendant in this action are hereby Dismissed Without Prejudice, and all of Defendant's counterclaims in this action are dismissed Without Prejudice.  Plaintiff and Defendant will each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**SIGNED this 7th day of April, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE